**DISMISS and Opinion Filed May 6, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-21-00266-CV

### IN RE DAVID BARNES, Relator

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Goldstein

Before the Court is relator's May 4, 2021 unopposed motion to dismiss this original proceeding because all claims in the underlying proceeding have been settled. We grant relator's motion and dismiss this petition for writ of mandamus.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

210266F.P05